```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
    FRANKIE MONEGRO,

                      Plaintiff,

            -v -

GOLDBELY, INC.,

                      Defendant.
------------------------------------------------------------------ X

1:20-cv-7827-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Plaintiff's December 1, 2020 request request to adjourn the initial pretrial conference, Dkt No. 9, is granted.  The initial pretrial conference scheduled for December 7, 2020 is adjourned to January 20, 2021 at 2 p.m.  The joint status letter and proposed case management plan described in the Court's September 24, 2020 order are due no later than January 13, 2021.  Plaintiff is directed to serve a copy of this order on defendant and to retain proof of service.

    The Clerk of Court is directed to terminate the motion pending at Dkt No. 9.

SO ORDERED.

Dated: December 1, 2020

                                                    GREGORY H. WOODS
                                              United States District Judge