

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2021
```

**MEMORANDUM ENDORSED**

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 13, 2021

**Via CM/ECF**
The Honorable Gregory H. Woods
United States District Court
Southern District of New York

    **Re:**    **Monegro vs Goldbely, Inc.**
                **Case #: 1:20-cv-07827-GHW**

Dear Judge Woods:

    We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently adjourned to January 20, 2021, at 2:00pm be canceled or adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

    The Plaintiff has obtained the Clerk's Certificate of Default (attached) and has mailed it to Defendant's business address.

    We thank Your Honor and the Court for its kind considerations and courtesies.

                                  Respectfully submitted,

                                  *s/ Mark Rozenberg*
                                  Mark Rozenberg, Esq.

    cc:    All Counsel of Record via ECF

---

Application granted. Plaintiff's request to adjourn the initial pre-trial conference scheduled for January 20, 2021 is granted. The initial pretrial conference is adjourned sine die. The Court expects Plaintiff to file an application for an order to show cause regarding default judgment no later than February 10, 2021. Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 15.

Dated: January 13, 2021        _____
                                          GREGORY H. WOODS
                                       United States District Judge